Santiago, Recurrente, v. El Registrador de Ponce,
Recurrido.

Recurso gubernativo contra nota del Registrador de la Pro-
piedad de Ponce denegando la inscripción de parte de
una sentencia de dominio.

No. 352.—Resuelto en febrero 7, 1918.

Expediente de Dominio de Finca ya Inscrita en el Registro.—Inscrita una
finca en el registro, no cabe inscribir de nuevo una porción de la misma por
medio de un expediente independiente de dominio.

Los hechos están expresados en la opinión.

Abogados del recurrente: Sres. *Herminia* y *Leopoldo
Tormes.*

El registrador recurrido, Sr. Miguel Planellas, compare-
ció en nombre propio.

El Juez Asociado Sr. del Toro, emitió la opinión del tri-
bunal.

Tomás Santiago Suárez acreditó ante la Corte de Dis-
trito de Ponce el dominio de una finca rústica de treinta y una
cuerdas y media, situada en el barrio de Pasto, del Munici-
pio de Guayanilla, que había adquirido en tres porciones,
una de seis por compra a Antonia Banch, otra de ocho por
compra a José Banch, y otra de diez y siete y media por
compra a la Sucesión de Lorenzo Rodríguez. Presentada
la sentencia en el Registro de la Propiedad de Ponce, el re-
gistrador la inscribió en cuanto a catorce cuerdas, negán-
dose a inscribirla en cuanto a las diez y siete y media res-
tantes o sea a la porción adquirida de la Sucesión de Lorenzo
Rodríguez, por aparecer ya inscrita.

En efecto, examinada la inscripción a que se refiere el
registrador, es necesario concluir que la finca de diez y siete
cuerdas que por virtud de un expediente posesorio consta
inscrita al folio 90, del tomo 6, del Municipio de Guayanilla,
desde el año de 1888, a favor de Lorenzo Rodríguez, es la
misma porción de diez y siete y media cuerdas comprendida

en la finca de treinta y una cuerdas y media cuyo dominio acreditó y pretende inscribir el recurrente.

En tal virtud y por la autoridad de los artículos 20 y 8² de la Ley Hipotecaria y de las decisiones de esta Corte Suprema en los casos de *Toro* v. *Registrador de Mayagüez,* 25 D. P. R. 473; *Colón* v. *Registrador de Caguas,* 24 D. P. R. 770; *Porto Rico Leaf Tobacco Co.* v. *El Registrador,* 17 D. P. R. 228; *Díaz* v. *Registrador,* 16 D. P. R., 275; *Morales* v. *Registrador,* 15 D. P. R. 699 y *Ginorio* v. *Registrador,* 2 S. P. R. 579, debe confirmarse la nota recurrida.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y Hutchison.

El Juez Asociado Sr. Aldrey no intervino en la resolución de este caso.